# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**SONYA HALL**                                                                              **PLAINTIFF**

V.                              CASE NO. 3:06CV00187 BD

**MICHAEL J. ASTRUE**
**Commissioner,**
**Social Security Administration**                                      **DEFENDANT**

## JUDGMENT

In accordance with the Memorandum Opinion and Order entered this day in this case, Judgment is hereby rendered in favor of Michael J. Astrue, Commissioner, Social Security Administration, and against Plaintiff Sonya Hall.

DATED this 21st day of March, 2008.

_____
UNITED STATES MAGISTRATE JUDGE